# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

March 3, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2020
```

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**APPLICATION GRANTED**

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
03/03/2020

Re:   **Brito v. Lucky Seven Restaurant & Bar LLC, et al.**
       *Docket No. 19-cv-3876 (PAE)(KHP)*

Dear Magistrate Judge Parker:

We represent plaintiff Jesus Brito in the above-referenced matter, and we write jointly with defendants' counsel, Melaine C. Alphonso, Esq., to request an adjournment until March 16 by which to submit opening summary judgment briefs, which currently are due by March 6. The parties are working on their respective submissions and simply need a bit more time to complete the same. Similarly, the parties request until April 13, rather than April 3, by which to submit their opposition briefs. This is the parties' first such request, and no other dates will be affected by these short extensions of time.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

*[signature]*
David Stein

cc: Melaine C. Alphonso, Esq. (via ECF)