UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS BRITO,<br><br>                                          Plaintiff,<br>              -v-<br><br>LUCKY SEVEN RESTAURANT & BAR, LLC, D/B/A LUCKY 7 TAPAS BAR, LA CASA DEL MOFONGO INC., FELIX CABRERA, AVI DISHI, AND JOHN DOES #1-10,<br><br>                                          Defendants. | 19 Civ. 3876 (PAE) (KHP)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

      At today's conference, the Court resolved the motion for reconsideration docketed at 71 for the reasons set forth in the transcript. The Court also, preliminarily, scheduled a bench trial for June 25 (through 1:45 p.m.), 28, and 29, 2021. These dates are subject to counsel's conferring promptly with their clients and witnesses as to availability. The parties are directed to submit, by June 2, 2021, a joint letter indicating whether these dates are workable for all parties and whether either party envisions any witnesses appearing remotely or by declaration and deposition alone. In the event of the latter, the letter should indicate whether parties have reached agreement as to the means by which such a witness's testimony would be received.

      SO ORDERED.

                                                                           PAUL A. ENGELMAYER<br>
                                                                           United States District Judge

Dated: May 28, 2021
       New York, New York