UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS BRITO,

                        Plaintiff,

-v-

LUCKY SEVEN RESTAURANT & BAR, LLC, D/B/A LUCKY 7 TAPAS BAR, LA CASA DEL MOFONGO INC., FELIX CABRERA, AVI DISHI, AND JOHN DOES #1-10,

                        Defendants.

19 Civ. 3876 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The parties have indicated that they are available for a bench trial the last two weeks of October. Dkt. 78. The Court accordingly schedules a bench trial for October 18 to 20, 2021. However, this date is subject to change in the event that the Court is assigned a conflicting jury trial date. If there is a conflict, the Court will endeavor to schedule the trial as soon as possible.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: June 17, 2021
         New York, New York