UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS BRITO,

                                  Plaintiff,

-v-

LUCKY SEVEN RESTAURANT & BAR, LLC, D/B/A LUCKY 7 TAPAS BAR, LA CASA DEL MOFONGO INC., FELIX CABRERA, AVI DISHI, AND JOHN DOES #1-10,

                                  Defendants.

19 Civ. 3876 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

An in-person bench trial in this case is scheduled to begin at 9 a.m. on Monday, October 18, 2021, in courtroom 1305 of the Thurgood Marshall United States Courthouse, at which the issues of liability and damages not resolved in the Court's March 24, 2021 summary judgment decision, *see* Dkt. 61, as qualified during the May 29, 2021 teleconference, *see* Dkt. No. 79, will be tried. To assist the Court in its preparation, the Court directs counsel, by the close of business Thursday, October 14, 2021, to submit a joint letter identifying, in anticipated sequence, the witnesses that each party will call. To the extent a witness requires an interpreter, the Court reminds counsel that it is the responsibility of the party calling that witness to bring a qualified interpreter. The Court will invite brief opening statements from counsel prior to the testimony of the first witness.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 12, 2021
New York, New York