UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS BRITO,

                              Plaintiff,

-v-

LUCKY SEVEN RESTAURANT & BAR, LLC, D/B/A
LUCKY 7 TAPAS BAR, LA CASA DEL MOFONGO
INC., FELIX CABRERA, AVI DISHI, AND JOHN
DOES #1-10,

                              Defendants.

19 Civ. 3876 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On October 18, 2021, in the course of a bench trial, the parties informed the Court that (1) plaintiff voluntarily dismissed John Does #1-10 from this action; and (2) they had agreed to settle the case on terms placed on the record. Among other terms, defendants are to make payment in full of an agreed-upon lump-sum figure by November 18, 2021. The Court accordingly adjourned the bench trial. As the Court explained, and the parties recognized, the Court must still approve the settlement as consistent with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties are instructed to file on the docket of this case a written settlement agreement for the Court's review by November 23, 2021, along with a memorandum of law explaining why the settlement warrants approval under *Cheeks*.

        SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: October 19, 2021
       New York, New York