UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS BRITO,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　　　　-v-<br><br>LUCKY SEVEN RESTAURANT & BAR, LLC, D/B/A LUCKY 7 TAPAS BAR, LA CASA DEL MOFONGO INC., FELIX CABRERA, AVI DISHI, AND JOHN DOES #1-10,<br><br>　　　　　　　　　　　　Defendants. | 19 Civ. 3876 (PAE) (KHP)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

　　The Court has received a call from plaintiff's counsel regarding the method by which the parties can correct the deficiencies identified in the Court's order declining to approve the proposed settlement agreement. Dkt. 95. Specifically, plaintiff's counsel inquires whether a consent letter from counsel modifying the language in the agreement will suffice. It will not. The parties bound by the agreement will need to sign off on any language modifying the contract for such language to bind them. Counsel has the discretion to decide whether the form of such modification be an entirely new amended settlement agreement or a rider to the existing one.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 27, 2021
　　　　New York, New York